# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Dolores Campillo-Chavez,<br>A076 831 119<br>*Defendant* | )<br>)<br>) Case No. 16-6438mJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 29, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Dolores Campillo-Chavez, an alien, was found in the United States of America, at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Del Rio, Texas, on or about January 7, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 30, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 29, 2016, Border Patrol Agent B. Weaver encountered an individual near Airzona City, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Jose Dolores Campillo-Chavez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Campillo-Chavez was transported to the Casa Grande Border Patrol Station for further processing. Campillo-Chavez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jose Dolores Campillo-Chavez to be a citizen of Mexico and a previously deported criminal alien. Campillo-Chavez was removed from the United States to Mexico through Del Rio, Texas, on or about January 7, 2016, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Campillo-Chavez in any Department of Homeland

1

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Campillo-Chavez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Dolores Campillo-Chavez was convicted of Reentry of a Removed Alien, a felony offense, on February 2, 2015, in the United States District Court, District of Arizona. Campillo-Chavez was sentenced to eighteen (18) months' imprisonment and supervised release for a term of three (3) years. Campillo-Chavez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 29, 2016, Jose Dolores Campillo-Chavez was advised of his constitutional rights. Campillo-Chavez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 29, 2016, Jose Dolores Campillo-Chavez, an alien, was found in the United States of America, at or near Arizona City, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about January 7, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed before me this 30th day of September, 2016.

_____
David K. Duncan
United States Magistrate Judge

3